JS6

# UNITED STATES DISTRICT COURT
# FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, For the Use of CHETT PACIFIC INC., dba PRECISION WALLCOVERINGS, <br><br> Plaintiff, <br><br> v. <br><br> SOUTHERN CALIFORNIA CONTRACTORS, INC., and AEGIS SECURITY INSURANCE COMPANY, a corporation, <br><br> Defendants. | **Case Number**: SACV12- 2040 DOC (RNBx) <br><br> **ORDER OF DISMISSAL** <br><br> Judge: Hon. David Carter |

The Parties having settled this matter and stipulated to the dismissal of this entire lawsuit, THE COURT HEREBY ORDERS Plaintiff's complaint dismissed with prejudice and ORDERS Aegis Security Insurance Company's cross-complaint dismissed without prejudice.

DATED: August 9, 2013

_____
Honorable David O. Carter
United States District Court Judge